TO BE PUBLISHED

# Supreme Court of Kentucky

2019-SC-0677-KB

ERIC SHANE GRINNELL                                                      MOVANT

V.                                IN SUPREME COURT

KENTUCKY BAR ASSOCIATION                                      RESPONDENT

## ORDER

Upon motion to show cause and without good cause shown, it is hereby ordered that Eric Shane Grinnell committed two violations of the conditions of his probation. Therefore, we extend Grinnell's suspension until July of 2022, according to the terms of his original suspension and probation.

All sitting. All concur.

ENTERED: January 20, 2022.

_____
CHIEF JUSTICE MINTON